Title No. 05-**44100352**-JT
Locate No. CACTI7710-7710-4441-0044100352

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SHAVER LAKE, COUNTY OF Fresno, STATE OF CA AND IS DESCRIBED AS FOLLOWS:

Lot 59 of Tract No. 2294, Shaver Falls, according to the map thereof recorded July 19, 1972 in Book 27, Pages 9 to 14 inclusive, of Plats, Fresno County Records.

APN: 130-410-18