ENTERED
FEB - 4 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FILED
FEB - 4 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CASE NUMBER |
|---|---|
| Craig Randall<br>Jeanne Randall<br><br>Debtor(s) | 09-25583 MT<br><br>ORDER SETTING ASIDE CLOSING ORDER AND REOPENING ESTATE |

IT APPEARING THAT:

On 1/25/10 an order closing this case was inadvertently entered due to clerical error.

IT IS HEREBY ORDERED that the order closing this case is hereby set aside pursuant to Rule 60 of the Federal Rules of Civil Procedure and Bankruptcy Rule 9024. The case is hereby reopened for further administration. No additional filing fee is required to reopen this case.

Dated: FEB - 4 2010

_Maureen Tighe_
United States Bankruptcy Judge

ORDER SETTING ASIDE CLOSING ORDER AND REOPENING ESTATE