## United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Craig Randall

**BANKRUPTCY NO.** 1:09–bk–25583–MT

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1221
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**JOINT DEBTOR INFORMATION:**
Jeanne Randall

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6030
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** N/A
**Address:**
19360 Rinaldi St #650
Porter Ranch, CA 91326

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Dated: February 4, 2010