1  LAW OFFICES OF TERRY M. MAGADY, P.C.
   TERRY M. MAGADY (State Bar No. 128504)
2  11400 West Olympic Boulevard, Ninth Floor
   Los Angeles, California 90064-1582
3  Telephone: (310) 478-6543
   Facsimile: (310) 478-6523
4

5  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   MARC E. ROHATINER (State Bar No.82709)
6  DENISE M. PARGA (State Bar No. 106688)
   11400 West Olympic Boulevard, Ninth Floor
7  Los Angeles, California 90064-1582
   Telephone: (310) 478-4100
8  Facsimile: (310) 479-1422

9  Attorneys for Creditor
   TOM BLOCK
10

FILED
FEB 1 2 2010
CLERK U.S. ...
CENTRAL DISTRICT OF ... ORNIA
BY _____ Deputy Clerk

11              UNITED STATES BANKRUPTCY COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| In Re: | CASE NO: 1:09-bk-25583-MT |
| | CHAPTER 7 |
| CRAIG RANDALL and JEANNE RANDALL, | |
| Debtors | ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTORS PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY |
| | <u>Examination and Production of Documents:</u> |
| | Date: March 17, 2010<br>Time: 9:30 a.m.<br>Place: Law Offices of Terry M. Magady<br>11400 W. Olympic Blvd.,<br>9th Floor<br>Los Angeles, CA 90064 |

-1-
ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR
EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT
TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

TO THE HONORABLE MAUREEN I. TIGHE,

UNITED STATES BANKRUPTCY JUDGE:

Creditor TOM BLOCK ("Creditor") hereby moves this Court for an order directing Debtors CRAIG RANDALL and JEANNE RANDALL (collectively, "Debtors") to appear for an examination and to produce documents pursuant to Federal Rule of Bankruptcy Procedure 2004. In support thereof, Creditor states as follows:

1. Creditor is informed that Debtors' residence is 19863 Falcon Crest Way, Porter Ranch, California 91326, which is less than 100 miles from the offices of TERRY M. MAGADY, ESQ., attorney for Creditor.

2. Creditor seeks Debtors' appearance for an examination, under oath, to be held at the Law Offices of Terry M. Magady, Esq., located at 11400 West Olympic Blvd., 9th Floor, Los Angeles, California 90064, on March 17, 2010, at 9:30 a.m., and continuing thereafter until completion, to inquire about matters relating to the acts and conduct of Debtors in connection with 2958 Great Smokey Court, Westlake Village, California (the "Property"), including Creditor's deed of trust on the Property, and, in addition, the financial affairs and sources of income of Debtors.

3. In Debtors' statement of financial affairs, Debtors have described Creditor's deed of trust on the Property as subject to litigation and an alleged subordination.

4. Creditor seeks production of documents from Debtor pertaining to all of Debtors' transactions relating to Creditor's deed of trust on the Property, more particularly described in the attached Exhibit 1.

5. In addition, Debtors' schedules for personal property lists eight corporations, each of which Debtor claims has no value, and Debtor schedules for current monthly income describes $5,700 of regular income from operation of business or professional or farm, without any attached detailed statement for the income.

6. Creditor seeks production of documents from Debtor pertaining to all of Debtor's corporate interests and sources of income described in the attached Exhibit 1.

-2-

ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR
EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT
TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

1      7.    The examination of Debtors and production of documents by Debtors under the procedures set out in Bankruptcy Rules 7030 and 9014 are not available, since there is no adversary proceeding or contested matter with Creditor pending in this case in which such discovery could be taken.

WHEREFORE, Creditor prays that this Court enter its order directing Debtors to appear for an examination at the Law Offices of Terry M. Magady, Esq. on the date and at the time indicated above, and directing Debtor to produce the documents listed in the attached Exhibit 1 no later than 9:30 a.m. on March 3, 2010.

Dated: February __, 2010

TERRY M. MAGADY, ESQ.
Attorney for TOM BLOCK

ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

# Declaration

**DECLARATION OF TERRY M. MAGADY**

1. I am over 18 years of age. I have personal knowledge of the contents of this declaration, except those matters stated on information and belief which are based on matters within my personal knowledge. If called upon to testify to the contents of this declaration, I could and would competently testify thereto.

2. I am the principal of the Law Offices of Terry M. Magady, a Professional Corporation, attorney for TOM BLOCK ("Creditor"), a creditor in the bankruptcy proceeding filed by CRAIG RANDALL and JEANNE RANDALL ("Debtors") as Case No. 1:09-bk-25583-MT.

3. In Debtors' statement of financial affairs, Debtors have described Creditor's deed of trust as subject to litigation and an alleged subordination.

4. Creditor seeks production of documents from Debtor pertaining to all of Debtors' transactions relating to Creditor's deed of trust, more particularly described in the attached Exhibit 1.

5. In addition, Debtors' schedules for personal property lists eight corporations each of which Debtor claims has no value, and Debtor schedules for current monthly income describes $5,700 of regular income from operation of business or professional or farm, without any attached detailed statement for the income.

6. Creditor seeks production of documents from Debtor pertaining to all of Debtor's corporate interests and sources of income described in the attached Exhibit 1.

7. It is my belief, based upon my knowledge of this case, that compelling the examination of Debtor and the production of documents by Debtor as described more fully in Exhibit 1, pursuant to Federal Rule of Bankruptcy Procedure 2004, will be helpful in ascertaining the facts surrounding Debtors' transactions relating to Creditor's deed of trust and the financial affairs of Debtors.

8. An examination under the procedures authorized by Bankruptcy Rules 7030 and 9014 is not available, since there is no adversary proceeding or contested matter with Creditor

-4-

ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

1 | pending in this case in which such discovery could be taken.

2 |     I declare under penalty of perjury that the foregoing is true and correct, except as to those

3 | matters stated on information and belief which I am informed and believe are true and correct,

4 | and that this declaration was executed on February \_\_, 2010 at Los Angeles, California.

 

                                                TERRY M. MAGADY

ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR
EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT
TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

Exhibit 1

EXHIBIT 1

TO: DEBTORS, CRAIG RANDALL and JEANNE RANDALL

You are directed to produce the following documents:

**Definitions:**

"You" or "Your" means CRAIG RANDALL or JEANNE RANDALL,

"Writings and Recordings" means any and all handwritten, typed, printed or computer generated writings, date on magnetic media or data on computer hard drives.

"Property" means the real property and improvements thereon commonly known as 2958 Great Smokey Court, Westlake Village, California.

"Block" means TOM BLOCK.

"Zika" means Ann E. Zika.

"Washington Mutual" means Washington Mutual Bank, FA.

"Greenpoint" means Greenpoint Mortgage Company.

"Lawyer's Title" means Lawyers Title Company.

"Deed of Trust" means the deed of trust on the Property, dated May 1, 1999, whose beneficial interest was originally in the name of Zika and was assigned to Block.

**Documents to be produced:**

1. All writings and recordings pertaining to your communications and transactions with Zika relating to the Property from January 1, 1999 through the present date.

2. All writings and recordings pertaining to your communications and transactions with Block relating to the Property from January 1, 1999 through the present date.

3. All writings and recordings pertaining to your communications and transactions with Washington Mutual relating to the Property from January 1, 1999 through the present date.

4. All writings and recordings pertaining to your communications and transactions with Greenpoint relating to the Property from January 1, 1999 through the present date.

5. All writings and recordings pertaining to your communications and transactions with Lawyer's Title relating to the Property from January 1, 1999 through the present date.

6. All writings and recordings pertaining to your communications and transactions relating to loans to you secured by the Property from January 1, 1999 through the present date.

7. All writings and recordings which may support or refute your claim that the Deed of Trust is subject to a subordination.

8. All writings and recordings which may support or refute the validity of the Deed of Trust.

9. All writings and recordings which may support or refute the priority of the Deed of Trust as a first deed of trust on the Property.

10. All writings and recordings pertaining to the amount owed under the Deed of Trust.

11. All writings and recordings pertaining to the amount owed by you under any obligations relating to the Deed of Trust.

12. All writings and recordings pertaining to any corporations in which you have had an interest.

13. All writings and recordings pertaining to income from January 1, 2008 through the present from any corporations in which you have had an interest.

14. All writings and recordings pertaining to income to you from January 1, 2008 through the present.

-7-

## PROOF OF SERVICE
### (MAIL/OVERNIGHT EXPRESS DELIVERY/FACSIMILE)

STATE OF CALIFORNIA          )
                             ) s.s.
COUNTY OF LOS ANGELES        )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11400 West Olympic Boulevard, Ninth Floor, Los Angeles, California 90064-1582.

      On February 12, 2010, I served the foregoing document described as **ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTORS PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY** on the interested parties in this action by placing [ ] **the original** [ X ] **a true and correct copy** thereof enclosed in an envelope addressed as set forth on the attached page.

[ X ]   **BY MAIL.** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ X ]   **BY FACSIMILE.** On February 12, 2010, between the business hours of 9:00 a.m. and 5:00 p.m. and as more specifically set forth on the facsimile confirmation sheet(s) attached hereto, I served the foregoing document described as **ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTORS PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY** by facsimile, from facsimile number (310) 479-1422, to the interested party(ies) in this action at the facsimile number(s) as set forth on the facsimile cover sheet(s) attached hereto. The parties hereto have agreed in writing to accept facsimile service.

[ ]   **BY OVERNIGHT EXPRESS DELIVERY.** I deposited it in a box or other facility regularly maintained by OVERNITE EXPRESS, or delivered it to a driver or courier authorized by OVERNITE EXPRESS to receive documents, in an envelope designated by OVERNITE EXPRESS, with delivery fees provided for, and with delivery requested for the next business day.

Executed on February 12, 2010, at Los Angeles, California.

[ X ]   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
John Narcise

-8-

ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING DEBTORS' APPEARANCE FOR EXAMINATION BY CREDITOR AND THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO BANKRUPTCY RULE 2004; DECLARATION OF TERRY M. MAGADY

SERVICE LIST

<u>Debtors</u> (via U.S. Mail only)

Craig Randall
19360 Rinaldi St. #650
Porter Ranch, CA 91326

Jeanne Randall
19360 Rinaldi St. #650
Porter Ranch, CA 91326

<u>Attorney for Debtors</u> (via U.S. Mail and Fax)

David S. Hagen, Esq.
Merritt & Hagen APC
16830 Ventura Blvd., Suite 300
Encino, CA 91436
Fax: (818) 992-3309

<u>Trustee</u> (via U.S. Mail and Fax)

Amy L. Goldman
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa St. Suite 1200
Los Angeles, CA 90012
Fax: (213) 250-7900