ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary J. Goodstein (SBN 166240)<br>Goodstein & Berman LLP<br>523 West Sixth Street, Suite 1228<br>Los Angeles, CA 90014<br>gary@goodsteinbermanlaw.com<br>(213) 683-1908 (TELEPHONE)<br>(213) 683-4882 (FAX) | **FILED**<br>MAR 31 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
| ☐ Individual appearing without attorney<br>☑ Attorney for: Robert Grey | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| In re: CRAIG RANDALL and JEANNE RANDALL, | CASE NO: 1:09bk25583 |
|---|---|
| | CHAPTER: 7 |
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. *Title of motion:* Notice of Motion and Motion For Relief From The Automatic Stay Under 11 U.S.C. 362(a)

   b. *Date of filing of motion:* 3/31/10

2. Compliance with LBR 9075-1(b)(2)(A): ***(The following three sections must be completed)***

   a. Briefly specify the relief requested in the motion:

   Movant respectfully requests relief from the automatic stay in order to pursue a residential unlawful detainer action in state court.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                Page 1                **F 9075-1.1.APPLICATION**

    b.  Identify the parties affected by the relief requested in the motion:
        Craig Randall and Jeanne Randall; Robert Grey; Chapter 7 Trustee Amy L Goldman

    c.  State the reasons necessitating a hearing on shortened time:
        The Debtors continuing occupation of the Property without paying rent is constituting a significant hardship on Movant and property owner Robert Grey. The Debtors are delinquent over $24,000 in rent payments, and their failure to pay rent under the unexpired lease agreement is impeding Mr. Grey's efforts to refinance the property and save it from foreclosure. The Chapter 7 Trustee did not affirm the unexpired lease within 60 days after the Debtors filed the bankruptcy petition.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.
   Movant Robert Grey's declaration is attached to this application stating that Debtors have not made rent payments under the unexpired lease agreement, thus subjecting the Property to foreclosure.
4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER
   Movant Robert Grey has a lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER. This proposed order is attached to this application.

Date: 3/31/10

                                                                      Goodstein & Berman LLP
                                                                      *Print Law Firm Name (if applicable)*

Gary Goodstein
*Print Name of Individual Movant or Attorney for Movant*                        *Signature of Individual Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                               Page 2                                      **F 9075-1.1.APPLICATION**

## DECLARATION OF ROBERT GREY

I, Robert Grey, hereby declare:

1. I am over 18 years of age. I have personal knowledge of the contents of this declaration and if called upon to testify to the contents of this declaration, I could and would competently testify thereto.

2. I am the owner of the property located at 19863 Falcon Crest Way, Northridge, California 91326 (the "Property").

3. On or about March 26, 2008, Craig Randall and Jeanne Randall ("Debtors") entered into a written eight-year lease agreement with me in which they agreed to pay rent in the amount of at least $4200.00 per month payable on the first day of each month. A copy of the lease agreement is attached hereto as Exhibit A.

4. The Debtors have not made any rent payments to me since their last rent payment on October 1, 2009.

5. The Debtors continue to reside on the Property despite not paying rent pursuant to the lease agreement.

6. As of the March 29, 2010, they owe approximately $25,000.00 in back rent.

7. The Debtors have ignored my requests to pay the back rent they owe.

8. The Debtors have ignored my requests to timely make all rent payments due on a going forward basis and/or immediately relinquish possession of the Property.

9. A First Deed of Trust and a Second Deed of Trust encumber the Property. I do not possess executed copies of the deeds of trust as the executed copies are in the possession of the lender, Chase Bank.

10. The Property is distressed and is currently in default with the lender, Chase Bank.

11. Chase Bank is threatening foreclosure on the Property.

12. The Debtors continuing occupancy of the Property without paying rent is singlehandedly impeding my efforts to refinance the Property and save it from foreclosure.

- 1 -
DECLARATION OF ROBERT GREY

13. The Debtors have prevented appraisers from entering the Property to determine the fair market value of the Property.

14. I respectfully request relief from the automatic stay so that I may proceed with an unlawful detainer action on the Property.

15. The Debtors continuing occupancy of the Property without paying rent is causing me to suffer damages each day they remain in possession.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2010, at Los Angeles, California.

_____
ROBERT GREY

- 2 -

DECLARATION OF ROBERT GREY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Goodstein & Berman LLP
523 West Sixth Street, Suite 1228
Los Angeles, CA 90014

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 31, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UST: SAN FERNANDO VALLEY DIVISION ustpregion16.wh.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Amy L. Goldman, stern@lbbslaw.com
DEBTOR'S ATTORNEY: David S. Hagen, go4broq@earthlink.net

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 3/31/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTORS ATTORNEY: David S. Hagen, 16830 Ventura Boulevard, Ste. 500, Encino, California 91436; HONORABLE BANKRUPTCY COURT JUDGE: United States Bankruptcy Court, Attention: Hon. Judge Maureen Tighe, 21041 Burbank Blvd., Woodland Hills, CA 91367; UST: Amy Goldman, 221 N. Figueroa St., Ste. 120, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/10 | Monette Stevenson | /s/ Monette Stevenson |
|---------|-------------------|----------------------|
| Date    | Type Name         | Signature            |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 3    F 9075-1.1.APPLICATION