| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary J. Goodstein (SBN 166240)<br>Goodstein & Berman, LLP<br>523 West Sixth Street, Suite 1228<br>Los Angeles, CA 90014<br>(213) 683-1908 (TELEPHONE)<br>(213) 627-4882 (FAX<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Robert Grey* | **FILED & ENTERED**<br><br>APR 13 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** adomingu **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

<u>**SAN FERNANDO VALLEY**</u> **DIVISION**

| In re: CRAIG RANDALL and JEANNE RANDALL | CASE NO.: 1:09bk25583 |
|---|---|
| | CHAPTER: 7 |
| | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion For Relief From The Automatic Stay Under 11 U.S.C. 362(a)

    b. *Date of filing of motion:* March 31, 2010

2. Pursuant to LBR 9075 -1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a. *Date of filing of Application: March 31, 2010*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 1    **F 9075-1.2.ORDER**

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

   a. ☐ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

   (1) ☒ A hearing on the motion will take place as follows:

   | | |
   |---|---|
   | **Hearing Date: 4/22/10** | **Place:** |
   | **Time: 9:30 a.m.** | ☐  255 East Temple Street, Los Angeles, CA 90012 |
   | **Courtroom: 302** | ☒  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | | ☐  3420 Twelfth Street, Riverside, CA 92501 |
   | | ☐  411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐  1415 State Street, Santa Barbara, CA 93101 |

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | a. *Deadlines:* | b. *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date*:*   4/13/10 | *Chapter 7 Trustee Amy L. Goldman; David S. Hagen; Debtors* |
   | Time: 5:00 p.m. | |
   | | ☐ See attached page |
   | | c. *Telephonic notice is also required upon* the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

   a.    ☒ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☒ Email*

   | b. *Deadlines:* | c. *Persons/entities to be served with written notice and a copy of this order:* |
   |---|---|
   | Date*:*   4/13/10 | *Chapter 7 Trustee Amy L. Goldman; David S. Hagen; Debtors* |
   | Time: 5:00 p.m. | |
   | | ☐ See attached page |
   | | d.  S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                Page 2                                **F 9075-1.2.ORDER**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

    a. ☒ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☒ Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date: 4/13/10<br><br>Time: 5:00 p.m. | c. *Persons/entities to be served with motion, declarations, supporting documents:*<br><br>*Chapter 7 Trustee Amy L. Goldman; David S. Hagen; Debtors*<br><br>☐ See attached page<br><br>d. *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

    ☒ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>d. *Service is also required upon:*<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

    ☒ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>d. *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 3    **F 9075-1.2.ORDER**

(7) ☒ Other requirements: Movant must file and serve the correct motion by the dates required above. The application indicates that the movant is seeking relief as to an unlawful detainer action, but the motion currently on file is a real property relief from stay motion.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

| ☒ at least 2 days before the Hearing. |
| ☐ no later than:  Date:    Time: |

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

DATED: April 13, 2010

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 4    **F 9075-1.2.ORDER**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING APPLICATION FOR HEARING ON SHORTENED TIME was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    April 12, 2010   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- David S Hagen    go4broq@earthlink.net
- Kevin Hahn    kevin@mclaw.org
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gary J Goodstein
Goodstein & Berman LLP
523 W Sixth St, Ste 1228
Los Angeles, CA 90014

**Craig Randall**
**Jeanne Randall**
19360 Rinaldi St #650
Porter Ranch, CA 91326

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an "Entered" stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*              Page 5              **F 9075-1.2.ORDER**