1 | LAW OFFICES OF TERRY M. MAGADY, P.C.
TERRY M. MAGADY (State Bar No. 128504)
2 | 11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1582
3 | Telephone: (310) 478-6543
Facsimile: (310) 478-6523
4

5 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
MARC E. ROHATINER (State Bar No.82709)
6 | DENISE M. PARGA (State Bar No. 106688)
11400 West Olympic Boulevard, Ninth Floor
7 | Los Angeles, California 90064-1582
Telephone: (310) 478-4100
8 | Facsimile: (310) 479-1422

9 | Attorneys for Creditor
TOM BLOCK
10

11 | UNITED STATES BANKRUPTCY COURT

12 | CENTRAL DISTRICT OF CALIFORNIA

13

14 | In Re:                                    ) CASE NO: 1:09-bk-25583-MT
                                               )
15 |                                           ) CHAPTER 7
    | CRAIG RANDALL and JEANNE RANDALL,        )
16 |                                           )
                                               ) STIPULATION AND ORDER
17 |              Debtors                      ) EXTENDING DEADLINE FOR
                                               ) FILING OF COMPLAINT
18 |                                           ) OBJECTING TO DISCHARGE OF
                                               ) DEBTORS PURSUANT TO
19 |                                           ) BANKRUPTCY RULE 4007(c)
                                               )
20 |                                           )
                                               ) Date:       None Set
21 |                                           ) Time:       None Set
                                               ) Courtroom:  302
22 |                                           ) Floor:      3rd
                                               ) Place:      21041 Burbank Blvd.
23 |                                           )             Woodland Hills, CA
                                               )
24 | _____)

25 | / / /

26 | / / /

27 | / / /

28 | / / /

-1-
STIPULATION AND ORDER EXTENDING DATE FOR FILING A COMPLAINT OBJECTING
TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(c)

1  In order to allow more time to schedule and complete the examination by TOM BLOCK
2  ("Creditor") of Debtors CRAIG RANDALL and JEANNE RANDALL (individually, "Debtor"
3  and, collectively, "Debtors") under Federal Rule of Bankruptcy Procedure 2004, Creditor and
4  Debtors, by and through themselves and their counsel, stipulate to extend the deadline for only
5  Creditor (and not any other party) to file a complaint objecting to discharge of Debtors to May 31,
6  2010.
7  Good cause being had, therefore, the Court orders that the deadline for only Creditor (and
8  not any other party) to file a complaint objecting to discharge of Debtors is extended to May 31,
9  2010.
10  IT IS SO STIPULATED:

11
12  Dated: 4-8-10

     _____
     John F. Nicholson, Esq.
13   Attorney for Debtors

14  Dated: 4-4-10
     _____
15   Craig Randall
     Debtor
16
17  Dated: 4-4-10
     _____
18   Jeanne Randall
     Debtor
19
20  Dated: _____
     _____
21   Terry M. Magady, Esq.
     Attorney for Creditor
22  Dated: _____
     _____
23   Tom Block
     Creditor
24
25  IT IS SO ORDERED:

26  Dated: _____
27   _____
     THE HONORABLE MAUREEN L. TIGHE,
     UNITED STATES BANKRUPTCY JUDGE
28

-2-
STIPULATION AND ORDER EXTENDING DATE FOR FILING A COMPLAINT OBJECTING
TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(c)

1  In order to allow more time to schedule and complete the examination by TOM BLOCK ("Creditor") of Debtors CRAIG RANDALL and JEANNE RANDALL (individually, "Debtor" and, collectively, "Debtors") under Federal Rule of Bankruptcy Procedure 2004, Creditor and Debtors, by and through themselves and their counsel, stipulate to extend the deadline for only Creditor (and not any other party) to file a complaint objecting to discharge of Debtors to May 31, 2010.

Good cause being had, therefore, the Court orders that the deadline for only Creditor (and not any other party) to file a complaint objecting to discharge of Debtors is extended to May 31, 2010.

IT IS SO STIPULATED:

Dated: _____

John F. Nicholson, Esq.
Attorney for Debtors

Dated: 4-4-10

Craig Randall
Debtor

Dated: 4-4-10

Jeanne Randall
Debtor

Dated: 4-8-10

Terry M. Magady, Esq.
Attorney for Creditor

Dated: 4/7/10

Tom Block
Creditor

IT IS SO ORDERED:

Dated: _____

THE HONORABLE MAUREEN I. TIGHE,
UNITED STATES BANKRUPTCY JUDGE

-2-

STIPULATION AND ORDER EXTENDING DATE FOR FILING A COMPLAINT OBJECTING
TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(c)

1  In order to allow more time to schedule and complete the examination by TOM BLOCK
2  ("Creditor") of Debtors CRAIG RANDALL and JEANNE RANDALL (individually, "Debtor"
3  and, collectively, "Debtors") under Federal Rule of Bankruptcy Procedure 2004, Creditor and
4  Debtors, by and through themselves and their counsel, stipulate to extend the deadline for only
5  Creditor (and not any other party) to file a complaint objecting to discharge of Debtors to May 31,
6  2010.
7  Good cause being had, therefore, the Court orders that the deadline for only Creditor (and
8  not any other party) to file a complaint objecting to discharge of Debtors is extended to May 31,
9  2010.

10  IT IS SO STIPULATED:

12  Dated: _____
     _____
13   John F. Nicholson, Esq.
     Attorney for Debtors

15  Dated: _____
     _____
     Craig Randall
     Debtor

17  Dated: _____
     _____
     Jeanne Randall
     Debtor

20  Dated: _____
     _____
     Terry M. Magady, Esq.
     Attorney for Creditor

22  Dated: _____
     _____
     Tom Block
     Creditor

24  IT IS SO ORDERED:

26  Dated: 2/15/10
     */s/ Maureen A. Tighe*
     THE HONORABLE MAUREEN I. TIGHE,
     UNITED STATES BANKRUPTCY JUDGE

-2-

STIPULATION AND ORDER EXTENDING DATE FOR FILING A COMPLAINT OBJECTING
TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(c)

| In re: | | |
|---|---|---|
| CRAIG RANDALL AND JEANNE RANDALL | | CHAPTER: 7 |
| | Debtor(s). | CASE NUMBER: 1:09-BK-25583-MT |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING OF COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(C) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 8, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Amy L. Goldman   stern@Ibbslaw.com, agoldman@ecf.epiqsystems.com
David S. Hagen   go4broq@earthlink.net
Kevin Hahn   kevin@mclaw.org
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

[ ] Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Craig Randall
Jeanne Randall
19360 Rinaldi St. #650
Porter Ranch, CA 91326

[x] Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

[ ] Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1
F902111

| In re:<br>CRAIG RANDALL AND JEANNE RANDALL<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 1:09-BK-25583-MT |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Terry M. Magady

11400 W. Olympic Blvd.

Los Angeles, CA  90064


John F. Nicholson, Esq.

21243 Ventura Blvd. Suite 226

Woodland Hills, CA  91354

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

# PROOF OF SERVICE
## (MAIL/OVERNIGHT EXPRESS DELIVERY/FACSIMILE)

STATE OF CALIFORNIA       )
                          ) s.s.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11400 West Olympic Boulevard, Ninth Floor, Los Angeles, California 90064-1582.

On April 9, 2010, I served the foregoing document described as **STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS PURSUANT TO BANKRUPTCY RULE 4007(c)** on the interested parties in this action by placing [ ] **the original** [ X ] **a true and correct copy** thereof enclosed in an envelope addressed as set forth on the attached page.

[X] **BY MAIL.** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE.** On _____, 2010, between the business hours of 9:00 a.m. and 5:00 p.m. and as more specifically set forth on the facsimile confirmation sheet(s) attached hereto, I served the foregoing document described as _____ by facsimile, from facsimile number (310) 479-1422, to the interested party(ies) in this action at the facsimile number(s) as set forth on the facsimile cover sheet(s) attached hereto. The parties hereto have agreed in writing to accept facsimile service.

[ ] **BY OVERNIGHT EXPRESS DELIVERY.** I deposited it in a box or other facility regularly maintained by OVERNITE EXPRESS, or delivered it to a driver or courier authorized by OVERNITE EXPRESS to receive documents, in an envelope designated by OVERNITE EXPRESS, with delivery fees provided for, and with delivery requested for the next business day.

Executed on April 9, 2010, at Los Angeles, California.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

John Narcise

SERVICE LIST

Debtors

Craig Randall
19360 Rinaldi St. #650
Porter Ranch, CA 91326

Jeanne Randall
19360 Rinaldi St. #650
Porter Ranch, CA 91326

Attorney for Debtors

David S. Hagen, Esq.
Merritt & Hagen APC
16830 Ventura Blvd., Suite 300
Encino, CA 91436

Attorney for Debtors

John F. Nicholson, Esq.
21243 Ventura Blvd. Suite 226
Woodland Hills, CA 91354

Trustee

Amy L. Goldman
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa St. Suite 1200
Los Angeles, CA 90012