# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## NOTICE AND ORDER VACATING DISCHARGE

| | |
|---|---|
| **DEBTOR INFORMATION:**<br>Craig Randall | **BANKRUPTCY NO.** 1:09–bk–25583–MT<br>**CHAPTER** 7 |

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1221
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**JOINT DEBTOR INFORMATION:**
Jeanne Randall

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6030
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** N/A
**Address:**
19360 Rinaldi St #650
Porter Ranch, CA 91326

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: April 20, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN–59

**41 / JM1**