Gary J. Goodstein (166240)
GOODSTEIN & BERMAN LLP
523 West Sixth Street, Suite 1228
Los Angeles, California 90014-1218
Telephone: (213) 683-1908
Facsimile: (213) 683-4882

Attorney for Movant Robert Grey

FILED
APR 21 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Craig Randall and Jeanne Randall | Chapter: 7 |
| | CASE NO.: 1:09-bk-25583-MT |
| | **PROOF OF SERVICE** |
| Debtors | |

Motion for Relief from Stay (Unlawful Detainer) - *Page 9 of 9*    **F 4001-1M.UD**

| In re              (SHORT TITLE)         | CHAPTER: 7 |
|---|---|
| Craig Randall and Jeanne Randall         |            |
|                              Debtor(s).  | CASE NO.: 1:09-bk-25583-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Goodstein & Berman LLP
523 West Sixth Street, Suite 1228
Los Angeles, CA 90014

A true and correct copy of the foregoing document described as  Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. section 362(a)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/21/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

UST: SAN FERNANDO VALLEY DIVISION ustpregion16.wh.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Amy L. Goldman, stern@lbbslaw.com
DEBTOR'S ATTORNEY: David S. Hagen, go4broq@earthlink.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/21/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTORS ATTORNEY: David S. Hagen, 16830 Ventura Boulevard, Ste. 500, Encino, California 91436; HONORABLE BANKRUPTCY COURT JUDGE: United States Bankruptcy Court, Attention: Hon. Judge Maureen Tighe, 21041 Burbank Blvd., Woodland Hills, CA 91367; UST: Amy Goldman, 221 N. Figueroa St., Ste. 1200, Los Angeles, CA 90012; DEBTORS: Craig and Jeanne Randall, 19360 Rinaldi St. #650, Porter Ranch, CA 91326

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/21/10 | Monette Stevenson | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.D

December 2009    **4001-1M.UD**