# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Craig Randall

**BANKRUPTCY NO.** 1:09−bk−25583−MT

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−1221
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** N/A

**JOINT DEBTOR INFORMATION:**
Jeanne Randall

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−6030
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  N/A

**Address:**
19360 Rinaldi St #650
Porter Ranch, CA 91326

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: April 20, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN−59

**41 / JM1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: jwilliams              Page 1 of 4                  Date Rcvd: Apr 20, 2010
Case: 09-25583                 Form ID: novd                Total Noticed: 183

The following entities were noticed by first class mail on Apr 22, 2010.
db/jdb        +Craig Randall,    Jeanne Randall,    19360 Rinaldi St #650,     Porter Ranch, CA 91326-1607
aty           +David S Hagen,    16830 Ventura Blvd #500,     Encino, CA 91436-1717
aty           +Gary J Goodstein,    Goodstein & Berman LLP,     523 W Sixth St,    Ste 1228,
                Los Angeles, CA 90014-1218
aty           +Kevin Hahn,    2112 Business Center Dr 2nd Fl,     Irvine, CA 92612-7135
aty            Terry M Magady,    11400 W Olympic Blvd 9th Fl,     Los Angeles, CA 90064-1550
tr            +Amy L Goldman,    221 N. Figueroa Street, Suite 1200,     Los Angeles, CA 90012-2663
smg            Employment Development Dept.,     Bankruptcy Group MIC 92E,     P. O. Box 826880,
                Sacramento, CA 94280-0001
smg            Franchise Tax Board,    ATTN: Bankruptcy,    P. O. Box 2952,     Sacramento, CA 95812-2952
smg            Los Angeles City Clerk,    P. O. Box 53200,     Los Angeles, CA 90053-0200
ust           +United States Trustee (SV),     21051 Warner Center Lane, Suite 115,
                Woodland Hills, CA 91367-6550
cr            +Deutsche Bank National Trust Company, as Trustee f,     Malcolm~Cisneros,
                2112 Business Center Dr.,    Second Floor,    Irvine, CA 92612-7135
25094622      +A1 Insurance Services,    21115 Devonshire St. #145,     Chatsworth, CA 91311-2317
25094632      +AT&T,   c/o Alliant Law Group PC,     2860 Zanker Rd., Suite 105,    San Jose, CA 95134-2119
25094634      +AWA Collections,    PO Box 6605,    Orange, CA 92863-6605
25094623      +Absolute Messenger Service,    c/o AmeriCol, Inc.,     PO Box 1001,    Canyon Country, CA 91386-1001
25094624      +Account Recovery Services,    PO Box 6414,    Oxnard, CA 93032-1691
25094626      +Ace Cash Express,    1231 Greenway Dr.,    Suite 700,    Irving, TX 75038-2556
25094625      +Ace Cash Express,    14526 Sherman Way,    Van Nuys, CA 91405-2299
25094627       Acme Credit Service,    1124 S. Eighth St.,    PO Box 3762,    Springfield, IL 62708-3762
25094628       American Bureau of Collections,     1100 Main St.,    Buffalo, NY 14209-2356
25094629      +Ann E. Zika,   c/o Armand D. Thruston,     31500 Grape St. #3-194,    Lake Elsinore, CA 92532-9702
25094630      +Arden Realty LTD Partnership,     21031 Ventura Blvd., Suite 640,    Woodland Hills, CA 91364-2226
25094631       Associated Recovery Systems,    PO Box 469046,     Escondido, CA 92046-9046
25094633      +Athena Recovery Solutions,    PO Box 4490,    West Hills, CA 91308-4490
25094635      +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
25094636       Bank of America,    Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
25094637       Bank of America,   c/o Wolfpoff & Abramson, LLP,     Two Irvington Ctr.,    702 King Farm Blvd.,
                Rockville, MD 20850-5775
25094638       Barrington Services, Inc.,    c/o Zide & O'Biecunas LLP,     14123 Victory Blvd.,
                Van Nuys, CA 91401-1928
25094639      +Bay Area Credit Service, LLC,     97 E Brokaw Rd, Suite 240,    San Jose, CA 95112-4209
25094640      +Bekins,   20525 Nordhoff St. #58,     Chatsworth, CA 91311-6115
25094641      +Bekins Moving Solutions,    c/o Benjamin & Williams Credit Inv.,     5485 Expressway Dr. North,
                Holtsville, NY 11742-1311
25094642       Beverly Radiology,    PO Box 240086,    Los Angeles, CA 90024-9186
25094643      +Bob's Pool Service,    1710 W. Hillcrest Dr. #138,     Newbury Park, CA 91320-2376
25094644       Bottom Line Books,    c/o North Shore Agency, Inc.,     PO Box 8901,    Westbury, NY 11590-8901
25094645      +Burns & Wilcox, Ltd,    c/o Aires Law Firm,    180 Newport Center Dr. #260,
                Newport Beach, CA 92660-0901
25094646      +Business Alliance Ins. Co.,    900 Cherry Ave., Suite 218,     San Bruno, CA 94066-3051
25094647      +Business Computers Network, Inc.,     19360 Rinaldi St.#650,    Porter Ranch, CA 91326-1607
25094648      +Business Machine Industry,    11042 Washington Blvd.,     Culver City, CA 90232-3923
25094655      +CBA Collection Bureau,    PO Box 5013,    Hayward, CA 94540-5013
25094656      +CBC/Grant Mercantile,    1300 W Main St,    Visalia, CA 93291-5825
25094657       CCB Credit Services, Inc.,    PO Box 272,    Springfield, IL 62705-0272
25094660       CIR,   PO Box 23189,    San Diego, CA 92193-3189
25094669      +CMI,   4200 International Parkway,     Carrollton, TX 75007-1930
25094670      +CMRE Financial Services Inc,     3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
25094649       Cal Water Service Co.,    c/o Financial Credit Network,     PO Box 3084,    Visalia, CA 93278-3084
25094650      +Capital Management Services,     726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
25094652       Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
25094651      +Capital One Bank,    Attn: C/O TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091-5155
25094653      +Cash 4 Checks,    20867 Lassen St.,    Chatsworth, CA 91311-4512
25094654      +Cash Plus,    16134 Nordhoff St. #3,    North Hills, CA 91343-3000
25094658      +Central Financial Control,    Attn: Bankruptcy,    PO Box 66044,     Anaheim, CA 92816-6044
25094659      +Central Sierra Pest Control,     PO Box 4087,   Oakhurst, CA 93644-4087
25094661       Citibank,    PO Box 45165,   Jacksonville, FL 32232-5165
25094662       Citibank,   c/o United Recovery Systems, LP,     PO Box 722910,    Houston, TX 77272-2910
25094663      +Citibank Business Platinum,    c/o LTD Financial Services,     7322 Southwest Freeway, Suite 1600,
                Houston, TX 77074-2053
25094664       City of Los Angeles-Office of Finance,     c/o NCO Financial,    PO Box 963,
                Brookfield, WI 53008-0963
25094665       City of Simi Valley,    c/o Collection Bureau of America,     PO Box 5013,    Hayward, CA 94540-5013
25094666      +City of Thousand Oaks,    2100 Thousand Oaks Blvd.,     Thousand Oaks, CA 91362-2999
25094667       Classic Plan Insurance Prem Svcs,     PO Box 5146,    Chino,CA 91708-5146
25094668      +Client Services, Inc.,    3451 Harry Truman Blvd.,     St. Charles, MO 63301-9816
25094671      +Collection Consultants,    6100 San Fernando Rd Ste,     Glendale, CA 91201-2247
25094673      +Creditors Interchange,    80 Holtz Dr.,    Buffalo, NY 14225-1470
25094674      +Daily News,   c/o Caine & Weiner,     PO Box 5010,    Woodland Hills, CA 91365-5010
25094675       Dell Business Credit,    Payment Processing Center,     PO Box 5275,    Carol Stream, IL 60197-5275
25094676       Dish Network,    Dept 0063,   Palatine, IL 60055-0063
25094677      +Dogwood Mountain HOA,    PO Box 435,    Shaver Lake, CA 93664-0435
25094679      +ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
25094680      +EZ Discount Insurance Services, Inc.,     21115 Devonshire St. #145,     Chatsworth, CA 91311-2317
25094681      +EZ Quote Insurance Services, LLC,     21115 Devonshire St. #145,     Chatsworth, CA 91311-2317
25094678       Employment Development Dept,    PO Box 826203, MIC 92-L,     Sacramento, CA 94230-6203
25094682       Faicollect, Inc.,    PO Box 7148,    Bellevue, WA 98008-1148
25094683       Fedex,   PO Box 965,    Brookfield, WI 53008-0965
25094685      +Financial Network Recovery,    PO Box 940730,    Simi Valley, CA 93094-0730
```

```
District/off: 0973-1           User: jwilliams              Page 2 of 4                   Date Rcvd: Apr 20, 2010
Case: 09-25583                 Form ID: novd               Total Noticed: 183

25094684      +Financial Network Recovery,   250 E Easy St Ste 1,    Simi Valley, CA 93065-1769
25094686       Franchise Tax Board,   PO Box 942867,    Sacramento, CA 94267-0011
25094687       Fresno County Property Tax Collector,    PO Box 1192,    Fresno, CA 93715-1192
25094689      +GC Services LP,   PO Box 36347,    Houston, TX 77236-6347
25094690      +GMAC,   PO Box 380901,    Bloomington, MN 55438-0901
25094688      +Gary Landgren,   c/o Doug Hume,   Catanese & Wells,    31255 Cedar Valley Dr. #213,
                Westlake Village, CA 91362-7115
25094691      +Grant & Weber,   26575 West Agoura Road,    Calabasas, CA 91302-2975
25094692       Grant & Weber,   PO Box 8669,    Calabasas, CA 91372-8669
25094697      +HSBC,   PO Box 3425,    Buffalo, NY 14240-3425
25094698       HSBC,   PO Box 8873,    Virginia Beach, VA 23450-8873
25094694       Hawaii Dept of Taxation,   PO Box 1425,    Honolulu, HI 96806-1425
25094695      +Hi-Tech Roofing, Inc.,   3539 N. Hazel Ave.,    Fresno, CA 93722-4913
25094696      +Howard and Opal Landgren,   c/o Douglas R. Hume,    Catanese & Wells,
                31255 Cedar Valley Dr. #213,    Westlake Village, CA 91362-7115
25094699       Hunt & Henriques,   151 Bernal Rd., Suite 8,    San Jose, CA 95119-1306
25094700     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    300 N. Los Angeles St.,
                Room 4062; MS 5025,   Los Angeles, CA 90012)
25094701      +J.L.von Arx & Assoc.,   400 Oceangate, Suite 310,    Long Beach, CA 90802-4389
25094702      +James A West, PC,   6380 Rogerdale Rd., Suite 130,    Houston, TX 77072-1647
25094704      +John and Jean Penrod,   7009 Valjean Ave.,    Van Nuys, CA 91406-3969
25094705      +Joyce Osborn,   20349 Delita Dr.,    Woodland Hills, CA 91364-2434
25094706      +Kapil Moza, MD,   1250 La Venta Dr. #207,    Thousand Oaks, CA 91361-3766
25094707       LA Commercial Group, Inc.,   c/o Carol R Hamilton,    317 S. Brand Blvd.,
                Glendale, CA 91204-1701
25094710       LADWP,   PO Box 30808,    Los Angeles, CA 90030-0808
25094712      +LG Premium Finance,   16438 Vanowen St. #205,    Van Nuys, CA 91406-4733
25094713      +LO of Dennis Berry,   250 E. Easy St., Suite 1,    Simi Valley, CA 93065-1769
25094714      +LO of Huber & Takasugi,   1791 Erringer Rd., Suite 202,    Simi Valley, CA 93065-3504
25094708       Laboratory Corp of America,   c/o AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
25094709       Laboratory Corp of America,   PO Box 2240,    Burlington, NC 27216-2240
25094711       Law Offices of David S. Hagen,   16830 Ventura Blvd., Suite 500,    Encino, CA  91436-1795
25094715      +Lone Star Security & Video,   7545 Claire Ave.,    Reseda, CA 91335-2543
25094716      +Los Angeles Newspaper Group,   21221 Oxnard St.,    Woodland Hills, CA 91367-5015
25094721      +MZL Properties, Inc.,   22231 Mulholland Hwy #101,    Calabasas, CA 91302-5176
25094717      +Marc E.Rohatiner,   Wolf, Rifkin, Shapiro, Schulman & Rabkin,    11400 W. Olympic Blvd., 9th Floor,
                Los Angeles, CA 90064-1550
25094718       Mercantile,   PO Box 9016,    Williamsville, NY 14231-9016
25094719      +Midland Credit Mgmt,   8875 Aero Dr,    San Diego, CA 92123-2251
25094720       Morris & Associates,   13400 Riverside Dr., Suite 112,    Sherman Oaks, CA 91423-2513
25094722      +NCO Financial Systems,   PO Box 15630,    Dept 72,    Wilmington, DE 19850-5630
25094723       NCO Financial Systems, Inc.,   PO Box 61247,    Dept 64,   Virginia Beach, VA 23466
25094724      +North Shore Agency, Inc.,   PO Box 8922,    Westbury, NY 11590-8922
25094725      +Northland Group, Inc.,   PO Box 390905,    Edina, MN 55439-0905
25094726      +Northwestern Electric, Inc.,   40108 Hwy 49, Suite C350,    Oakhurst, CA 93644-8953
25094727       Office Dept Credit Plan,   PO Box 689020,    Des Moines, IA 50368-9020
25094728      +Office of US Trustee-WH,   21051 Warner Center Lane #115,    Woodland Hills, CA 91367-6550
25094729       Overnight Express,   PO Box 26830,    Santa Ana, CA 92799-6830
25094730      +Oxford Management Services,   PO Box 1991,    Southgate, MI 48195-0991
25094738       PRO Consulting Services, Inc.,   Collection Division,    PO Box 66768,    Houston, TX 77266-6768
25094731      +Pacific West,   c/o Felman & El Dabe,    13743 Ventura Blvd., Suite 350,
                Sherman Oaks, CA 91423-5598
25094732      +Patrick Reider,   Hershorin & Henry, LLP,    27422 Portola Parkway, Suite 360,
                Foothill Ranch, CA 92610-2837
25094733       Penn Credit Corp,   PO Box 988,    Harrisburg, PA 17108-0988
25094734      +Phoenix Management Solutions,   10000 N 31st Av,    Phoenix, AZ 85051-0910
25094735      +Pinnacle Financial Group,   7825 Washington Ave. S, Suite 310,    Minneapolis, MN 55439-2424
25094736      +Premier Auto Credit,   PO Box 572517,    Tarzana, CA 91357-2517
25094737      +Primary Financial Services,   3115 North 3rd Ave., Suite 112,    Phoenix, AZ 85013-4359
25094739       Quest Diagnostics,   PO Box 78406,    Phoenix, AZ 85062-8406
25094744      +RMS,   PO Box 491,    Richfield, OH 44286-0491
25094740      +Randall Accountancy Corp,   21115 Devonshire St. #145,    Chatsworth, CA 91311-2317
25094741      +Randall Accountancy, APC,   21115 Devonshire St. #145,    Chatsworth, CA 91311-2317
25094742      +Reposses Auto Sales,   11916 Prairie Ave.,    Hawthorne, CA 90250-3116
25094745       Rolling Oaks Radiology, Inc.,   PO Box 190,    Simi Valley, CA 93062-0190
25094746      +Rusnak/Westlake,   3832 Thousand Oaks Blvd.,    Thousand Oaks, CA 91362-3627
25094747       SBC-California,   c/o Collection Bureau of America,    PO Box 5013,    Hayward, CA 94540-5013
25094748      +Scholastic, Inc.,   c/o Shaffer & Associates,    101 South 5th Street, Suite 100,
                Columbia, MO 65201-4216
25094749      +Select Check Cashing,   8352 Topanga Canyon Blvd.,    Canoga Park, CA 91304-2344
25094750      +Sequoia Insurance Co.,   70 Garden Ct., Suite 200,    Monterey, CA 93940-5342
25094751      +Simplex Document Solution,   7250 Bandini Blvd. #101,    Commerce, CA 90040-3344
25094752      +So Calif Edison Company,   2131 Walnut Grove Ave,    Rosemead, CA 91770-3769
25094753       Solomon & Solomon, PC,   Box 15019, Columbia Circle,    Albany, NY 12212-5019
25094754      +Sonoma at Wood Ranch HOA,   c/o Witkin & Neal, LLC,    530 S. Glenaoaks Blvd. #201,
                Burbank, CA 91502-2753
25094755      +Southwest Liquor Store,   c/o Tim McCranie,    3658 Cambria St.,    Thousand Oaks, CA 91360-2609
25094756       Specialty Laboratories,   PO Box 512189,    Los Angeles, CA 90051-0189
25094757       Specialty Laboratories, Inc.,   c/o AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
25094758       Startouch, LLC,   3655 Cambria St.,    Thousand Oaks, CA 91360
25094759      +State Compensation Insurance,   c/o FD Deleon & Associates,    PO Box 1031,
                Woodland Hills, CA 91365-1031
```

```
District/off: 0973-1          User: jwilliams              Page 3 of 4                   Date Rcvd: Apr 20, 2010
Case: 09-25583                Form ID: novd               Total Noticed: 183

25094760     +Steven R. Hrdlicka & Associates,    2115 Kern St., Suite 206,    Fresno, CA 93721-2113
25094761      Sycamore Canyon Village HOA,    c/o The Emmons Co.,    PO Box 5098,    Thousand Oaks, CA 91359-5098
25094762     +Sysco General Insurance Services,    22837 Ventura Blvd.,    Woodland Hills, CA 91364-1224
25094763     +TBF Financial, Inc.,    520 Lake Cook Rd. #510,    Deerfield, IL 60015-4900
25094764     +Terry M Magady, PC,    11400 W. Olympic Blvd., 9th Floor,    Los Angeles, CA 90064-1550
25094765      The Fresno Bee,    1626 E Street,    Fresno, CA 93786-0001
25094766     +Tom Block,    c/o Terry Magady,    11400 W. Olympic Blvd., 9th Floor,    Los Angeles, CA 90064-1550
25094767      UCSB, Inc.,    PO Box 74929,    Los Angeles, CA 90004-0929
25094773      US Bank,    PO Box 490084,    St. Louis, MO 63179-0084
25094774      USC Neurologists, Inc.,    File 57454,    Los Angeles, CA 90074-0001
25094775     +USC Neurosurgeons, Inc.,    PO Box 74669,    Los Angeles, CA 90004-0669
25094776      USC University Hospital,    File 57849,    Los Angeles, CA 90074-7489
25094768     +United Collection Bureau, Inc.,    5620 Southwyck Blvd. #206,    Toledo, OH 43614-1501
25094769     +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
25094770     +United Recovery Systems,    5800 North Course Dr.,    Houston, TX 77072-1613
25094772      University Pathology Associates,    PO Box 512565,    Los Angeles, CA 90051-0565
25094771      University Pathology Associates,    c/o AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
25094777      Uscan Anesth. Med Group,    PO Box 513529,    Los Angeles, CA 90051-3529
25094778      Vengroff, Williams & Assoc.,    PO Box 4155,    Sarasota, FL 34230-4155
25094780     +Washington Mutual Bank,    c/o ER Solutions, Inc.,    PO Box 6030,    Hauppauge, NY 11788-9030
25094781     +Washington Mutual Bank,    c/o Capital Management Services,    726 Exchange St., Suite 700,
               Buffalo, NY 14210-1464
25094782     +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
25094783     +Washington Mutual/Chase,    c/o Patrick Reider,    Hershorin & Henry LLP,
               27422 Portola Parkway #360,    Foothill Ranch, CA 92610-2837
25094784      Waste Management,    PO Box 541008,    Los Angeles, CA 90054-1008
25094785      Wells Fargo,    c/o West Asset Management,    PO Box 790113,    St. Louis, MO 63179-0113
25094787      Wells Fargo Bank,    PO Box 30086,    Los Angeles, CA 90030-0086
25094786     +Wells Fargo Bank,    c/o Spiwak & Iezza,    2660 Townsgate Rd. #530,
               Westlake Village, CA 91361-5711
25094788     +Wells Fargo Business Direct,    PO Box 348750,    Sacramento, CA 95834-8750
25094789     +Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
25094790      West Asset Management,    PO Box 105761,    Atlanta, GA 30348-5761
25094791      West Asset Management,    PO Box 790113,    St. Louis, MO 63179-0113
25094792      Westcliff Medical Laboratories,    1821 E. Dyer Rd., Suite 100,    Santa Ana, CA 92705-5700
25094793     +Westoaks Family Practice,    20181 Saticoy St.,    Canoga Park, CA 91306-2506
25094794     +William Moskovits,    364 N. Martel Ave.,    Los Angeles, CA 90036-2516
25094795      Wolpoff & Abramson, LLP,    Two Irvington Centre,    702 King Farm Blvd.,
               Rockville, MD 20850-5775
The following entities were noticed by electronic transmission on Apr 21, 2010.
25094693     +E-mail/Text: steph-gma@sti.net                            Grant Mercantile Agency,    PO Box 658,
               Oakhurst, CA 93644-0658
25094743     +E-mail/Text: compliance@rickenbackergroup.com                            Rickenbacker Group,
               15005 Concord Cir,    Morgan Hill, CA 95037-5417
25094779     +E-mail/PDF: bankruptcyverizoncom@afni.com Apr 21 2010 00:33:34      Verizon California Inc,
               Bankruptcy Administration,    404 Brock Dr,    Bloomington, IL 61701-2654
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Robert Grey
cr            Tom Block
25094672*    +Craig Randall,    19360 Rinaldi St., #650,    Porter Ranch, CA 91326-1607
25094703*    +Jeanne Randall,    19360 Rinaldi St., #650,    Porter Ranch, CA 91326-1607
                                                                                             TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-1         User: jwilliams         Page 4 of 4              Date Rcvd: Apr 20, 2010
Case: 09-25583               Form ID: novd           Total Noticed: 183
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2010**        **Signature:**        *Joseph Speetjens*