|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>**MAY 05 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY williams  DEPUTY CLERK** |

| In re:<br><br>Craig Randall,<br>Jeanne Randall<br><br>Amy Goldman | Debtor(s). | CHAPTER:  7 |
|---|---|---|
| | | CASE NO.:  1:09-bk-25583-MT |
| | | DATE:  4/22/10<br>TIME:  9:30 a.m. |
| | Trustee. | CTRM:  302<br>FLOOR:  3rd |

# ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT: Robert Grey )

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by Stipulation

2. This Order applies to the following residential or nonresidential real property (the "Property"):
   *Street:*  **19863 Falcon Crest Way**
   *Apartment/Suite no.:*
   *City, State, Zip Code:*    **Northridge, CA 91326**

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:
   a. ☒ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*: April 30, 2010
   b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.
   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   d. ☐ All provisions of this Order also apply to relief from the co-debtor stay under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.
   e. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                     **F 4001-10.UD**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Craig Randall<br>Jeanne Randall | | Debtor(s) | CASE NO: 1:09-bk-25583-MT |

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
g. ☐ See attached continuation page for additional provisions.

Dated:    05/05/2010

*[Signature: Maureen A. Tighe]*

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                       **F 4001-10.UD**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Craig Randall | | | |
| Jeanne Randall | | Debtor(s) | CASE NO: 1:09-bk-25583-MT |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 4, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- David S Hagen    go4broq@earthlink.net
- Kevin Hahn    kevin@mclaw.org
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gary J Goodstein
523 W Sixth St
Los Angeles, CA 90014

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                      **F 4001-10.UD**